# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RIDDICK INVESTMENTS LLC

VERSUS

EDWARD C. KNOX, JR

NO. 2023 CW 0011

**MARCH 6, 2023**

---

In Re: Edward C. Knox, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 624669.

---

**BEFORE: WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** We decline to exercise our supervisory jurisdiction while a motion for new trial remains pending at the district court.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.*

DEPUTY CLERK OF COURT
FOR THE COURT